1  JULIE M. MCCOY, Bar No. 129640
   JACQUELYNE M. NGUYEN, Bar No. 249658
2  LAW OFFICES OF JULIE M. MCCOY
   1670 SANTA ANA AVE., SUITE K
3  COSTA MESA, CA 92627
   Telephone: (949) 722-0055
4  Fax: (949) 722-8416

5  Attorney for: PLAINTIFF

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,    | No. CV 11-07466
12 |              Plaintiff,       |
13 |         vs.                   | CONSENT JUDGMENT
14 | Lora J. Anaya,                |
15 |              Defendant        |

16

17     Pursuant to the above stipulation of the parties,
18 Judgment is hereby entered in favor of Plaintiff, UNITED
19 STATES OF AMERICA, against Defendant, Lora J. Anaya, in the
20 principal amount of $8,447.46 plus interest accrued to
21 September 8, 2011, in the sum of $16,867.03; with interest
22 accruing thereafter at 9% annually until entry of judgment,
23 administration costs in the amount of $0.00, for a total
24 amount of $**25,314.49**.

25

26 DATED: 5/22/2012            By:    TERRY NAFISI
                                      Clerk of the Court
27                                    L. RAYFORD
28                                    _____
                                      Deputy Clerk
                                      United States District Court

Page 5